UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Cassandra Turner, | Court File No. 22-cv-02584 (PJS/ECW) |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Minnesota Department of Corrections, et al., | |
| Defendants. | |

WHEREAS, the Plaintiff has agreed to dismiss the above-entitled action in its entirety with prejudice.

NOW THEREFORE, it is hereby stipulated and agreed, by and between Plaintiff Cassandra Turner and Defendants Minnesota Department of Corrections, Commissioner, Paul Schnell, Associate Commissioner Nanette Larson, Mindy Malm, and Kristian Nelson, that the above-entitled action, together with all causes of action and claims that were or that might have been alleged therein, is dismissed on the merits with prejudice, and without any fees or costs to either party.

**SIGNATURES ON THE FOLLOWING PAGE**

Dated: July 20, 2023　　　　　　　　/s/ Brian K. Lewis
　　　　　　　　　　　　　　　　　BRIAN K. LEWIS (Atty. Reg. No. 0398886)
　　　　　　　　　　　　　　　　　Francis White Law, PLLC
　　　　　　　　　　　　　　　　　8362 Tamarack Village, Suite 119-220
　　　　　　　　　　　　　　　　　Woodbury, MN 55125
　　　　　　　　　　　　　　　　　(651) 829-1503 (office)
　　　　　　　　　　　　　　　　　(651) 714-7119 (fax)
　　　　　　　　　　　　　　　　　brian.lewis@franciswhitelaw.com

　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF


Dated: July 20, 2023　　　　　　　　KEITH ELLISON
　　　　　　　　　　　　　　　　　Attorney General
　　　　　　　　　　　　　　　　　State of Minnesota


　　　　　　　　　　　　　　　　　/s/ Alexander W. Hsu
　　　　　　　　　　　　　　　　　ALEXANDER W. HSU
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　Atty. Reg. No. 0399275

　　　　　　　　　　　　　　　　　445 Minnesota Street, Suite 1400
　　　　　　　　　　　　　　　　　St. Paul, Minnesota 55101-2131
　　　　　　　　　　　　　　　　　(651) 757-1218 (Voice)
　　　　　　　　　　　　　　　　　(651) 282-5832 (Fax)
　　　　　　　　　　　　　　　　　alexander.hsu@ag.state.mn.us

　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANTS

|#5546048-v1