UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CASSANDRA TURNER, | Case No. 22-CV-2584 (PJS/ECW) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| MINNESOTA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

---

Based upon the Stipulation for Dismissal filed by the parties on July 20, 2023 [ECF No. 18],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: July 21, 2023

                                            s/Patrick J. Schiltz
                                            Patrick J. Schiltz, Chief Judge
                                            United States District Court